THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffery K.
 Martin, Appellant.
 
 
 

Appeal From Florence County
 Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No.  2010-UP-395
 Submitted August 2, 2010 Filed August 30,
2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert Pachak, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jeffery
 K. Martin appeals his probation revocation, arguing the revocation hearing was
 so summary that his revocation should be reversed.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
FEW, C.J., KONDUROS and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.